IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RODNEY HONTZ,                           :
                                        :
            Plaintiff,                  :   CIVIL ACTION
                                        :
    v.                                  :   NO. 12-cv-2663
                                        :
BERKS COUNTY PRISON, ET AL.,            :
                                        :
            Defendants.                 :

### ORDER

AND NOW, this    18th    day of October, 2012, upon consideration of the Medical Defendants' Motion to Dismiss (Doc. No. 16), the Plaintiff's response thereto (Doc. No. 27), County Defendants' Motion to Dismiss (Doc. No. 19), and the Plaintiff's response thereto (Doc. No. 25), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the Motion to Dismiss is GRANTED with leave to the Plaintiff to file an amended complaint within 20 days of the date of this order correcting the deficiencies set forth in the accompanying memorandum.

                                    BY THE COURT:


                                    s/J. Curtis Joyner
                                    J. CURTIS JOYNER, C.J.