**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RODNEY HONTZ, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 12-cv-2663 |
| | : | |
| BERKS COUNTY PRISON, ET AL., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this 20th day of March, 2014, upon consideration of Plaintiff's Motion for Summary Judgment (Doc. No. 45), and Defendants' Response in opposition thereto (Doc. No. 47); as well as Defendants' Motion for Summary Judgment (Doc. No. 46), Plaintiffs' Response in opposition thereto (Doc. No. 50), and Plaintiffs' Statement of Disputed Factual Issues (Doc. No. 49); and Defendants' Response in Support of Motion for Summary Judgment (Doc. No. 52) and Plaintiff's Reply thereto (Doc. No. 54), it is hereby ORDERED that Plaintiff's Motion for Summary Judgment is DENIED, and Defendants' Motion for Summary Judgment is GRANTED. Plaintiff's claim against Defendants is hereby DISMISSED without prejudice.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.